UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY BURKE,

        Plaintiff,

v.                                                                              Case No. 1:15-cv-83
                                                                                        Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED.**


Dated:  March 24, 2016              /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge